**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DISINTERMEDIATION SERVICES, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00771-JRG-RSP |
| CARVANA, LLC, | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Carvana previously filed a Motion to Dismiss for Improper Venue or, Alternatively, to Transfer to the District of Arizona. (Dkt. No. 12.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 67), recommending granting Carvana's Motion in part. Specifically, he recommended transferring this case to the District of Arizona for the convenience of the parties and witnesses but otherwise denying the Motion.

Because no objections have been filed, and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Carvana's Motion (Dkt. No. 12) is **GRANTED IN PART** and this case transferred to the United States District Court for the District of Arizona. Otherwise, the Motion is **DENIED**.

**So ORDERED and SIGNED this 30th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE